this case may be disposed of by a court of four, the decision is as follows: The lien is sustained upon the ground that the owner, Marion Kempf, committed to her husband, George Kempf, the transaction of the entire business relating to the construction of the building, even to making the contract as owner in his own name, and thereby held him out as the owner of the property, and, after inducing the lienors to regard him as the owner, should not be heard to say that the person she presented as the real owner was not such. Judgment of the County Court of Richmond county affirmed, with costs. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Rose Sperling, Appellant, v. Brooklyn Heights Railroad Company and Brooklyn, Queens County and Suburban Railroad Company, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Anna Agresta, as Administratrix, etc., Plaintiff, v. Federal Steam Navigation Company of England, Defendant.— Reargument of motion ordered for Friday, May 14, 1915. Present — Jenks, P. J., Thomas, Carr and Rich, JJ.

Marie Marjorie Ambrosius, an Infant, etc., Respondent, v. Iva H. Ambrosius, as Administratrix, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Buell G. Davis, Individually and as Executor, etc., Appellant, v. George W. Seaward, as Administrator, etc., and Others, Respondents.— Motion granted pursuant to the powers conferred by chapter 553 of the Laws of 1915, amending section 231 of the Code of Civil Procedure, and appeal sent to the Appellate Division in the Fourth Department. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Enterprise Metal Bedstead Company, Plaintiff, v. Gately Furniture Company, Defendant.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Anna J. Griffith, as Administratrix, etc., Plaintiff, v. Victor William Cupples, Defendant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Harry Chestnut, Appellant, v. The New York Consolidated Railroad Company, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order reversed and new trial granted, costs to abide the event, by reason of the charge at folio 184, inasmuch as it seems to withdraw from the jury consideration of the causes of the sign falling which were submitted to the jury in the main charge. At least the jury may have been led to such conclusion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Frank A. Fichter, Respondent, v. Lillian A. Hall and Others, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. Lathrop Brown, Respond-

ent, v. S. Fred Austin and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 6, Town of Southampton, Suffolk County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 2.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante, p. 370)*, decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Gustave A. Brunger and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 22, Town of Hempstead, Nassau County, and Others, etc., Respondents. Frederick C. Hicks, Appellant. (Appeal No. 3.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante, p. 370)*, decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. J. F. Carwenka and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 4, Town of Islip, Suffolk County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 4.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante, p. 370)*, decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Walter Cozzens and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 9, Town of Hempstead, Nassau County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 5.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante, p. 370)*, decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Fred A. Crombie and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 6, Town of Huntington, County of Suffolk, and Others, Respondents.